Case no. 23-cv-662-wmc

**Complaint**

ZLOZA vs State of Wisconsin, City of New Lisbon and Mauston, US Government. FBI, CIA, Secret service, Marine police, other police

Torture, violation of the color of law, War crimes, 1st degree homicide, no statue since I died., ftca, abuse of power, threats.

- I was in a terrible bike accident, at like the age of 9 or 10, 4th grade. Where the hospitals were negelent, didn't provide medication or vitamins, I believe I failed 1st grade. Due to not being able to read, then I ran away from home,, where an officer named Kevin W from new Lisbon punished me for not going on a field trip. I remember having an mri done, I must have had a stroke in 8th or 9th grade in a class called business management, Where a teacher named Mrs. Davis. gave me an f for typing a few words, I remember standing up, then she told me to sit down, Where half of my right face was tingling, then in like 11th grade, I had shingles. In 2013, I was poisoned in a state group home by Janet Stevenson or Jim lamer jr, Jim lemmer jr didn't have any cucumbers, Janet had 1 or 2 and I had a lot, I remember it had a strong taste, then afterwards I went to the spare room and everything was flashing or blurry. Its weird that Jim Jr refused to eat any or let it touch his plate. Big Jim had tons, I remember him holding it to his mouth and scarring it down. Must of got us all higher then who knows what.. Jim lemmer jr, He never refused to eat anything ., I recall them making me leave so they could kill big Jim. Because he stunk. Then I think I came back like a week later and he was dead, in a ern. Her ex husband . I recall her or someone telling me that she poisoned me. Something with cucumbers, I remember Jim Jr was saying you're next, Where I went nuts. Stole something in a morphine bottle, gave it to someone trying to get her caught. I remember stating I didn't know what it was, in a morphine bottle. I believe I took the paper/label off the bottle. It said Ronald Stevenson/morphine, I believe I goggled how to catch a murder, jacked off to animal porno also, someone told me FBI was watching me, got a message via Facebook. I didn't know what was going on… (Confused from the poison) Where I was knocked out in a Baptist church, then some carrot top guy smashed my head in with a frozen ice bottle in the new Lisbon high school men's bathroom, think I did self defense, it was the fbi guy at Holland Michigan, then I was in an accident with a green van I believe. Where the department gave me a disordly conduct. Wisconsin state patrol, forced me to go to emergency room. Where they took my temp/heartbeat. I got like a 1000 bill,, Where I think I got on a medication called Chantix, where on day 5-7 I chugged a half bottle of spirtcus. Where I think I molested a girl on the bus. Where some New Lisbon police Department officer, Brent granger got me high on something, placed the drugs on me. Raped me, Gave me child molestation charges, or it was some police officer. I remember granger was playing with the drugs in my wallet.. I remember telling the special prosecutor to look at the cameras to see who got me high. Then Austin granger messaged me on Facebook saying it was a joke or something. Or I was sucking the officer off.. Raped. Then some special prosecutor at the Juneau County courthouse abused power she/he gave me 2 years of probation, illegal hence it was unlawfully poisoned me, they were torturing me by saying the little boy. Group of people. . I think I got thrown from a moving vehicle by granger. On senior skip day. Where everything was flashing and went black. Like all the scenes from my head, where I died,, I recall getting up and calling 911 afterwards, stating I didn't know where I was or who I was. Where I think I broke into a house/stole guns. Then some guy in a red car. We went to

Wisconsin rapids. Got into an accident. I recall shooting lights. Then he shot a red van. Then after he intentionally got into an accident, I dumped the weapons. Then I worked at Wendy's. Where some officer, got me high in the freezer, where I burned myself with hot cheese. Their was another rapist named Steve something. Got me high then he molested me while being deadish or unconscious or a coma type. Then in like 2015-2018 I was working at Wabash national where they poisoned me with all these chemicals, breathing in all these dusts, smashing my head on the wash systems. Some Damion guy said the supervisor (UNDERCOVER FBI) was staring at me (sexual harassment) eye molested me in the working place. Or maybe it was Shawnee Mcglockacocka Got speeding tickets, where they took my license. Still drove, switch plates. Where I think I robbed the vending machine. Then in a snowmobile accident, Then some undercover cop named jade(pilaf cop I believe)with the fake age lie shit/accident. Where it was an intentional attempted civil rights violation by the Juneau county courthouse and police. Where some officer got me high on shrooms, showed me a video of a guy blowing his brains( attempted brainwashing suicide killing me) Where I went 8to school for heavy equipment. Where I recall some Chinese guy stating he was fbi at the alter metal. Didn't know what was happening. Then at e80 plus. They smeared black shit poison on me. While working at b&b metals , someone Eric guy sexually harassed me stating that I had nice lips. Then while in woodland Washington while attending west coast training, some Brandon guy spit on me. While working for delta fabrication in Ghent Kentucky, some undercover jon settles guy was also harassing me.. Trying to rape me.While working for carl a nelson in Indiana some guy was harrassing me/threatening me, then in Beloit WI on 08/2021-09/2021 I was molested, slapped, punched by an undercover agent name Jim/tim. Where when I confronted him to keep his hands to his self. He stormed off the job like a little boy. Where he threatened me with a 45 gun. Where some Bob guy pushed him after the threat. Then I must of relieved a threat from undercover fbi while growing 15ish plants of Marijuana. He said something about not getting away with it.. Then I remembered while working at Chicago Bridge and iron, in Holland Michigan, 11/1/2021. where the sexual predators Nate, Dan and west stated it was an agent that slapped me. They were sexually harassing me by saying, my big arms, while eating a banana, etc. Dan gave me hand signals to sit on his lap. Told him that he sexually harassed me. He asked if I liked it.. I said I will when I sue in court . Where west guy pulled a knife out. In January 2023, in delta Utah, some guy slapped me in the back. federal agents sexually harassed me by saying a sick joke about me giving Justin head. Then while working for a company called synergy labor for Borton in green bay WI, a federal agent sexually harassed me by stating to let me use my crotch as a pillow. Some guy in a green jacket, had a sticker on his hard hat stating to stick it in his bum. Then some undercover cop Aaron Lemay sexually harassed me while in my home. By stating that I I was beautiful while wearing a hat. Where I told him to shut the fuck up. Where before he threatened to put me into cuffs and fuck me. Beats children/yells at them. The Juneau county picked him up/arrested. But after he got arrested he threatened avalia stank or jasper Zloza that he was gonna throw them while my sister was breastfeeding. I filed so many complaints with federal,, local police but they were all negelent. I awoke where everything was flashing in my head. Kinda like regaining my consensus. 3/21/23, cleaning maggots, bugs of me, lady bugs. I discovered all of this on 5/20/23. I recall federal judges, from Wisconsin, Michigan, Utah, Washington, stating that I can't sue, lying, etc. Some James Peterson federal judge violated my constitution right, freedom of speech. I believe their was other jobs with heat, loud noises, no

ac, confine space. While working at the hale company, alert construction, blue scope construction company. Females have also gave me hpv, chlamydia. While being unconscious or vegative or dead like. I must of took other beatings, Overdoses, suffered cancers, etc. Some Niles shirts guy sexually harassed me while working at mix tek. I received threats from Kyle walker stating that he hopes I die. A threat by Gary Pedersen from the Juneau county sheriff threatening me with some law or something. After awaking from vegative, death, coma. About what happened to me or records to prep for a civil lawsuit. Their might have been other unknown crimes while being Intoxicated. Unconscious, dead. Or a vegetable. Or other threats. I remember some Brandon guy grabbing me by the throat while working at Wabash national. I remember making complaints about stuff with the city of beliot, Holland michigan and delta utah, state patrol. Where I suffered 5000 different types of anxiety. Ptsd. I was also harassed while working at blattner energy against a Forman or undercover cop possibly. He called me Josephine the little weenie which goes against blattner energy rules. I believe it was cia, I believe their was also a cia agent harrassing me while attending pro cdl in Milwaukee. Where a black man was saying something about 10 years ago and hit the window.